-1-

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MURPHY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE FINISH LINE, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS THE INDIANA FINISH LINE, INC.; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 3:20-cv-05663-WHO<br><br>**ORDER LIFTING STAY AND GRANTING DISMISSAL** |

1  This matter came before the Court on a Stipulation and Request for Lift Stay and for
2  Dismissal filed by Plaintiff Zachary Murphy and Defendant The Finish Line, Inc. That stipulation
3  is hereby GRANTED AS REQUESTED. The stay is hereby lifted. Plaintiff's individual claims
4  are hereby dismissed with prejudice, and Plaintiff's individual and representative PAGA claims
5  are dismissed without prejudice.

Dated:   February 1, 2023

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE